1  DONNA M. MELBY (SB# 86417)
   donnamelby@paulhastings.com
2  JENNIFER S. BALDOCCHI (SB# 168945)
   jenniferbaldocchi@paulhastings.com
3  JI HAE KIM (SB# 275020)
   jihaekim@paulhastings.com
4  PAUL HASTINGS LLP
   515 South Flower Street, Twenty-Fifth Floor
5  Los Angeles, CA  90071-2228
   Telephone:  1(213) 683-6000
6  Facsimile:  1(213) 627-0705

7  GARY T. LAFAYETTE (SB# 088666)
   glafayette@lkclaw.com
8  LAFAYETTE & KUMAGAI LLP
   101 Mission Street, Suite 600
9  San Francisco, CA 94105-1738
   Telephone:  1(415) 357-4600
10 Facsimile:  1(415) 357-4605

11 Attorneys for Defendants
   UNITED AIRLINES, INC.;
12 AND CONTINENTAL AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RICHARD JOHN,<br><br>       Plaintiffs,<br><br>vs.<br><br>UNITED AIR LINES, INC.;<br>CONTINENTAL AIRLINES, INC.; and<br>DOES 1-10,<br><br>       Defendants. | CASE NO. 3:15-CV-00475-TEH<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE TIME TO RESPOND TO FIFTH AMENDED COMPLAINT AND REQUESTS RE SCHEDULING**<br><br>Judge:     Hon. Thelton E. Henderson<br><br>Complaint filed:        May 29, 2012<br>FAC filed:              July 20, 2012<br>SAC filed:              November 30, 2012<br>TAC filed:              May 20, 2013<br>Corrected TAC filed:    June 21, 2013<br>4AC filed:              Jan. 3, 2014<br>5AC filing deadline:    Mar. 2, 2015 |
|---|---|

CASE NO. 3:15-CV-00475-TEH

[PROPOSED] ORDER GRANTING DEFTS'
ADMINISTRATIVE MOTION

Having considered the papers and all pleadings on file and good cause appearing therefor, IT IS HEREBY ORDERED that Defendants' Administrative Motion To Enlarge Time To Respond To Fifth Amended Complaint And Requests Re Scheduling is GRANTED.

Defendants shall have 45 days to respond to Plaintiff Richard John's Fifth Amended Complaint, including but not limited to a motion to dismiss, strike, or transfer venue, or answer.

The Case Management Conference ("CMC") and all related deadlines shall be continued by at least 45 days, and shall occur on __06/22/2015, at 1:30 PM__. If this date conflicts with the CMC in another case severed from *Johnson et al. v. United Airlines et al.*, Case No. 12-cv-02730-MMC, counsel shall notify the Court, and the next available date shall be arranged.

The CMC in this case shall be scheduled on the same day as the CMC in *Miller v. United Airlines*, Case No. 15-cv-00457.

United Continental Holdings, Inc. shall not be listed as a defendant in the title or caption of any documents filed in this case.

IT IS SO ORDERED.

Dated: __03/03__, 2015

Judge Thelton E. Henderson