UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON, | Case No.  12-cv-02730-VC |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED AIRLINES, INC., et al., | |
| Defendants. | |
| | |
| AND COORDINATED CASES: | |
| | |
| Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC | |
| | |
| Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC | |
| | |
| Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC | |
| | |
| Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC | |
| | |
| Washington, Erwin v. United Airlines, Inc. et al. 3:15-cv-00471 VC | |
| | |
| Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC | |
| | |
| Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC | |
| | |
| John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC | |

Hartsfield, Terence v. United Airlines, Inc.
et al. 3:15-cv-00477

This Order summarizes the key points discussed at the November 10, 2016 telephonic case management conference.  The Court will issue a separate order regarding the oral request to for leave to voluntarily dismiss Plaintiff Washington's case with prejudice (Case No. 15-471).

Per Judge Corley's suggestion, the deadline for hearing dispositive motions is reset to March 2, 2017.  All dispositive motions will be heard on this date.

The parties are ordered to file the stipulation dismissing Plaintiff Palmer's case today.

Judge Corley will decide discovery issues related to the non-bellwether plaintiffs.

The defendants may argue at summary judgment that the plaintiffs either have not properly included hostile work environment claims in their operative complaints or have waived any such claims since filing the operative complaints.  There is no need to entertain an early motion from the defendants on that question.

A further telephonic case management conference will be held on December 8, 2016 at 2:00 PM.

**IT IS SO ORDERED.**

Dated:  November 10, 2016

_____
VINCE CHHABRIA
United States District Judge