UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHN,<br>        Plaintiff,<br>v.<br>UNITED AIR LINES, INC., et al.,<br>        Defendants. | Case No. 15-cv-00475-VC<br><br>**ORDER TO SHOW CAUSE** |

    Brian R. Mildenberg, former attorney for the plaintiff, is ordered to show cause why he should not be held in contempt for failure to certify that he has destroyed or returned to defendants any documents marked "Confidential" or "Attorneys' Eyes Only." A written response to the order to show cause is due Tuesday, November 12, 2019 at 5:00 p.m. A hearing on the order to show cause will take place at 10:00 a.m. on Thursday, November 14, 2019, and Mr. Mildenberg is ordered to appear personally at the hearing.

    Plaintiff's counsel is ordered to serve Mr. Mildenberg with this order by 5:00 p.m. tomorrow, November 7, and to file proof of service by 5:00 p.m. on Friday, November 8.

    **IT IS SO ORDERED.**

Dated: November 6, 2019

VINCE CHHABRIA
United States District Judge