1 RICHARD HOYER (SBN 151931)
rhoyer@hoyerlaw.com
2 HOYER & HICKS
4 Embarcadero Ctr. Fl. 14
3 San Francisco, California 94111-4164
Telephone: 1(415) 766-3535
4 Facsimile: 1(415) 276-1738

5 Attorney for Plaintiff
RICHARD JOHN
6
DONNA M. MELBY (SBN 86417)
7 donnamelby@paulhastings.com
PAUL HASTINGS LLP
8 515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
9 Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705
10
Attorneys for Defendants
11 UNITED AIRLINES, INC. and
CONTINENTAL AIRLINES, INC.
12
*Additional counsel listed on next page.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC.; CONTINENTAL AIRLINES, INC.; and DOES 1-10<br><br>Defendants. | CASE NO. 3:15-CV-00475-VC<br><br>~~PROPOSED~~ **ORDER ON STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Courtroom: 4<br>Judge: Hon. Vince Chhabria<br>Trial Date: December 9, 2019<br><br>Complaint filed: May 29, 2012<br>FAC filed: July 20, 2012<br>SAC filed: November 30, 2012<br>TAC filed: May 20, 2013<br>Corrected TAC filed: June 21, 2013<br>4AC filed: January 3, 2014<br>5AC filed: March 2, 2015<br>Corrected 6AC filed: June 30, 2015<br>7AC filed: January 10, 2016<br>Corrected 7AC filed: January 21, 2016 |

*Additional counsel:*

GARY T. LAFAYETTE (SBN 88666)
glafayette@lkclaw.com
LAFAYETTE & KUMAGAI LLP
101 Mission Street, Suite 600
San Francisco, CA 94105-1738
Telephone: 1(415) 357-4600
Facsimile: 1(415) 357-4605

Attorneys for Defendants
UNITED AIRLINES, INC. and
CONTINENTAL AIRLINES, INC.

| | |
|---|---|
| 1 | Having considered the stipulation of the parties and all pleadings on file and good cause |
| 2 | appearing therefor, IT IS HEREBY ORDERED that the STIPULATION TO DISMISS WITH |
| 3 | PREJUDICE is GRANTED as follows: |

☒ Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and based upon the stipulation of all parties through their respective counsel of record, the above-captioned action is hereby DISMISSED IN ITS ENTIRETY, WITH PREJUDICE, against all Defendants. Plaintiff shall not pursue any appeal, reconsideration, or modification of judgment or any order entered in this action.

☐ No party shall make any future application in this matter for counsel fees or costs, statutory or otherwise, for conduct or events occurring only prior to the date of this Stipulation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 14, 2019

_____
HON. VINCE CHHABRIA
United States District Judge